# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02409-RBJ

ZACHARIAH ROBERTSON, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

KESTREL FIELD SERVICES, INC.,

    Defendant.

## ORDER GRANTING RULE 41 DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff's Rule 41 dismissal without prejudice. Having carefully reviewed and considered the Motion, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Rule 41 Dismissal without prejudice is GRANTED.

It is so ORDERED.

ORDERED this __9th__ day of __October__, 2019

_____
UNITED STATES DISTRICT JUDGE